**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**John C. West –** 007233
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

**Jennifer Lee-Cota –** 033190
Direct Dial: 602.262.5368
Email: jleecota@lrrc.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Burpee and Stephen Burpee, wife and husband,<br><br>                   Plaintiffs,<br><br>vs.<br><br>UnitedHealthcare Insurance Company, Inc., a foreign corporation,<br><br>                   Defendant. | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant UnitedHealthcare Insurance Company, Inc. ("UHIC") submits this Notice of Removal of the above-entitled action from the Superior Court of the State of Arizona for the County of Pima to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1332(a), (c), 1441(a) and (b), and 1446, and state as follows:

1.     The Complaint alleges improper denial of benefits relating to substance abuse treatment as a breach of contract and breach of the implied duty of good faith and fair dealing. The Complaint seeks to recover unpaid benefits to Plaintiffs and attorneys' fees.

2.     This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331, 29 U.S.C. § 1132(a) and may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et. seq*.

3. On January 17, 2017, UHIC was served with a Summons, Complaint, and Certificate of Compulsory Arbitration in the case entitled *Andrea Burpee, et al. v. UnitedHealthcare Insurance Company, Inc.*, Pima County Superior Court Cause No. C20170108. A true and complete copy of the Summons, Complaint, Certificate of Compulsory Arbitration, and Service of Process are attached hereto as Exhibits A, B, C, and D.

4. No other pleadings have been filed by the Plaintiffs in this action except those filed with this Court accompanying this Notice of Removal.

5. This Notice of Removal is timely filed with the District Court, as it is being filed within thirty (30) days after service of the Complaint on UHIC, which is the document that provides the basis for removal.

**Basis for Removal**

6. Removal of this case is proper because this suit arises under the laws of the United States. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) because the claims raised are governed and completely preempted by ERISA. Congress granted exclusive jurisdiction to the District Courts for actions brought under 29 U.S.C. § 1132(a) to recover benefits due under the terms of an ERISA plan or to enforce rights under an ERISA plan. 29 U.S.C. § 1132(e)(1). Further, 29 U.S.C. § 1132(f) provides:

> [T]he district courts of the United States have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action.

7. The Complaint alleges that the Plaintiff, Andrea Burpee, is a participant in the UnitedHealthcare Choice Plus for Arizona Community Surgeons plan ("Plan") and Plaintiff, Andrea Burpee, is a beneficiary under the Plan. (Complaint at ¶ 6).

8. The Complaint alleges UHIC failed to pay benefits due under the health plan issued or administered by UHIC for services rendered to Andrea Burpee at Cottonwood De Tucson. (Complaint at ¶ 9).

9. Count One of the Complaint alleges a state law claim for breach of contract. (Complaint at ¶¶ 19-25).

10. Count Two of the Complaint alleges a claim for the improper denial of benefits as a breach of the implied duty of good faith and fair dealing. (Complaint at ¶¶ 26-33).

11. All of Plaintiffs' claims are rooted in the Plan itself and represent the Plaintiffs' attempt to recover benefits alleged to be due under the Plan. The allegations and claims for relief implicate no legal duty independent of ERISA or the Plan's terms.

12. The Plaintiffs' claims are completely preempted and properly removed to this Court as the claims, at bottom, seek recovery of benefits under the Plan and require the interpretation and application of Plan terms.

13. The Plaintiffs' state-law causes of action and relief are preempted as improperly duplicating, supplementing and supplanting the ERISA civil enforcement remedies and in accordance with ERISA § 502(a), these claims fall under ERISA and are thereby completely preempted. *See Aetna Health, Inc. v. Davila*, 542 U.S. 200, 209 (2004).

14. UHIC reserves the right to amend or supplement this Notice of Removal.

15. The undersigned attorney certifies that he has caused a copy of the original Notice of Removal to be filed with the Clerk of the Superior Court of Arizona, County of Pima.

WHEREFORE, UHIC respectfully requests this Court to assume jurisdiction over the cause herein, as provided by law.

RESPECTFULLY SUBMITTED this 15th day of February, 2017.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP

                By: *s/John C. West*
                     John C. West
                     Jennifer Lee-Cota
                     201 East Washington Street, Suite 1200
                     Phoenix, AZ  85004
                     *Attorneys for Defendant*

Lewis Roca ROTHGERBER CHRISTIE
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Brian Marchetti – brian@yourtucsonlawfirm.com

By: *s/Ashly White*