# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Burpee and Stephen Burpee,<br><br>        Plaintiffs,<br><br>v.<br><br>UnitedHealthcare Insurance Company Inc.,<br><br>        Defendant. | No. CV-17-00067-TUC-CKJ<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 18), and good cause appearing,

IT IS HEREBY ORDERED:

1. This case is DISMISSED WITH PREJUDICE, with each party to pay its own costs and attorneys' fees incurred herein.
2. The Clerk of Court shall close its file in this matter.

Dated this 6th day of October, 2017.

*(signature)*
Honorable Cindy K. Jorgenson
United States District Judge